IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IRMA LEE EAGLE,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social<br>Security Administration,<br><br>Defendant. | Case No. CIV-22-70-PRW |

## ORDER

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell (Dkt. 22), recommending that the Court reverse and remand the Commissioner's final decision. The parties were advised of their right to file objections to the Report and Recommendation, as well as that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed therein. No objections were filed.

The Court has reviewed the Report and Recommendation *de novo* and agrees with its conclusions. Accordingly, the Court **ADOPTS** the Report and Recommendation (Dkt. 22) in full, **REVERSES** the Commissioner's decision, and **REMANDS** the case to the Administration for further proceedings.

**IT IS SO ORDERED** this 7th day of February 2023.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE